1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   JUSTIN J. GILIO
3  Assistant United States Attorneys
   ROBERT VENEMAN-HUGES
4  Special Assistant United States Attorney
   2500 Tulare Street, Suite 4401
5  Fresno, CA 93721
   Telephone: (559) 497-4000
6  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
7  United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          | CASE NO. 1:23-MJ-00063 SAB
11 |                      Plaintiff,    | STIPULATION TO CONTINUE DETENTION HEARING
12 |                v.                  |
13 | ANGEL ANTONIO CASTRO-ALFARO,       | **Under Seal**
   |   AKA, 'Discipulo," aka, "Tony Weed,"
14 |                                    | **SEALED**
   |                      Defendant.    |
15

16     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and
17
   Kimberly A. Sanchez, Assistant U.S. Attorney and Patrick Aguirre, attorney for the defendant, that the
18
   detention hearing set for Tuesday, June 21, 2023 at 2:00 pm before the Honorable Barbara A. McAuliffe be
19
   continued to Friday, June 23, 2023 at 2:00 p.m.  The reason for the request is because defense needs
20
   additional time to prepare and gather information for the hearing, and has a conflicting matter in another
21
   county as well.
22
        ///
23
        ///
24
        ///
25
        ///
26
        ///
27
        ///
28

   Stipulation                                  1

The parties agree that pursuant to Title 18, United States Code, Section 3142(f), there is good cause to continue this matter beyond the 5 day time period for which defense may request a continuance, and request the Court make such a finding.

Dated: June 20, 2023                                             Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 United States Attorney

                                                     By     /s/ Kimberly A. Sanchez
                                                                 KIMBERLY A. SANCHEZ
                                                                 Assistant U.S. Attorney

Dated: June 20, 2023                                            /s/ Patrick Aguirre
                                                                 PATRICK AGUIRRE
                                                                 Attorney for Defendant

### ORDER

IT IS SO ORDERED that the detention hearing is continued from Wednesday, June 21, 2023, to **June 23, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The Court finds good cause to continue the matter beyond the 5-day time period pursuant to 18 U.S.C. 3142(f).

IT IS SO ORDERED.

Dated:   **June 20, 2023**                          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation                                          2