IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL ANTONIO CASTRO-ALFARO (6),<br><br>Defendant. | Case № 1:22-cr-00232-JLT SKO<br><br>**O R D E R**<br>**APPOINTING CJA LEARNED**<br>**COUNSEL -**<br>**POTENTIAL DEATH PENALTY**<br>**PROSECUTION** |

Upon Defendant ANGEL ANTONIO CASTRO-ALFARO Initial Appearance June 9, 2023 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 663 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Appointing David Stern, 100 Lafayette Street, Suite 501, New York, NY 10013, 212.571.5500, dstern@rssslaw.com, as CJA Learned Counsel to represent Defendant ANGEL ANTONIO CASTRO-ALFARO, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, as of when National Capital Resource Counsel contacted him in this case, June 25, 2023:

2. Waiving this District's $225 *pro hac vice* admission fee for their CJA appointment in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's *CJA Plan*, General Order 663.

Dated: 7/6/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge