MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT |
| v. | |
| ANGEL CASTRO-ALFARO, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been charged in a third superseding indictment and needs to be arraigned on that indictment.

2. Defendant is presently set for arraignment on June 25, 2025, at 2 P.M. on the duty calendar.

3. Counsel for defense is from outside the Fresno area is not available on that date. Additionally, the defendant intends to waive his appearance pursuant to Rules 10 and 43, but because of counsel's schedule that waiver has not yet been executed.

4. The third superseding indictment does not affect any count or allegation concerning the defendant, so his arraignment on that indictment is purely ministerial.

STIPULATION                                1

5. The case is currently set for status conference on September 8, 2025 at 1 P.M.

6. The parties request that this arraignment be set on the duty calendar following that status conference at 2 P.M. on September 8, 2025. The parties anticipate that waivers pursuant to Rule 10 and Rule 43 will be filed and the defendant will appear via counsel and his transport will not be required. The waiver will be filed at least one week in advance of the arraignment.

7. Time has previously been excluded through July 23, 2025.  The parties stipulate the time be excluded through and including September 8, 2025; good cause exists because this is a complex, multi-defendant case with hundreds of thousands of pages of discovery, and because it is currently set for trial in June 2026.  The ends of justice thus outweigh the interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  June 23, 2025

/s/ David Stern
David Stern
Counsel for Defendant
Angel Castro-Alfaro

STIPULATION

2

**ORDER**

IT IS SO ORDERED that the arraignment be set on the duty calendar on September 8, 2025 for the reasons described above.

IT IS SO ORDERED.

Dated:  **June 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge